FILED
June 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003583195

2 pages

LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
David M. Brady, Esq. - CA Bar No. 70246
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding CA 96099
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for John W. Reger, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re

ROBERT H. WEBB, JR.
JANNETTE M. WEBB

Debtors.

Case No. 11-25781-C-7

DCN: DMB-3

Date: July 26, 2011
Time: 9:30 AM
Dept.: C, Ctrm: 35, 6th Floor
501 I Street, Sacramento, CA 95814
Hon. Christopher Klein

MOTION FOR ORDER TO APPROVE SALE OF REAL AND PERSONAL PROPERTY
LOCATED AT 22099 HIDDEN VALLEY DRIVE, JONES VALLEY, CALIFORNIA

John W. Reger, Trustee in this case, moves this Court for an order to approve the sale of a 1971 Westbrook manufactured home and land described as 22099 Hidden Valley Drive, Jones Valley, California located in Shasta County, APN: 304-120-025 as set forth in the Manufactured Home Purchase Agreement And Joint Escrow Instructions listed as **(Exhibit A)**. The sale price is $22,000, subject to overbids at the time of the hearing in $1,000 incremental increases. Potential bidders must notify the trustee or his attorney at least five days before the hearing and give the trustee a deposit of at least $1,000 in order to bid. The potential buyer/purchaser of the property is Linda Reeder and Alan Reeder and/or assigns, who has made an offer of $22,000, with a deposit of $1,100.00 payable to the trustee which is refundable only if he or she is not the final buyer. The sale is to be in accordance with the terms of the agreement, except for any increased price from bidding..

1   The trustee believes that the purchase price is a reasonable fair market value for the
2   interest of the bankruptcy estate in the property.
3   All bids must be for cash, and the winning bidder must be prepared to consummate the
4   sale within 20 days after the order approving the sale is entered. The money so deposited will be
5   refunded if the sale is not consummated through no fault of the successful top bidder. The
6   trustee reserves the right to cancel the sale as to the top bidder and proceed with a sale to the next
7   highest bidder who was conditionally approved by the court if the sale to the top bidder cannot be
8   consummated within that 20 days.
9   The proceeds of sale will be used to pay six per cent commission of the listing broker,
10  House Of Realty and the remainder for the bankruptcy estate.
11  John Reger, Chapter 7 trustee, therefore requests that the court approve the sale of the real
12  and personal property to Linda Reeder and Allen Reeder or if there are other qualified bidders,
13  then to the highest qualified bidder, subject to the conditional acceptance of bids below the
14  highest offer so that a sale can be completed without further order of this court if the approved
15  sale to the highest bidder is not consummated within a reasonable time.

Dated: June 21, 2011

David M. Brady, Attorney for John W. Reger, Trustee